**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-22428-CIV-ALTONAGA**

**RAUL ALIAGA QUINTERO**,

      Petitioner,

v.

**FIELD OFFICE DIRECTOR**
**OF MIAMI ICE FIELD OFFICE**, *et al.*,

      Respondents.

_____/

**ORDER**

**THIS CAUSE** came before the Court *sua sponte*.  On June 23, 2025, Petitioner, Raul Aliaga Quintero filed a Notice of Appeal [ECF No. 26], appealing the Court's Order Dismissing Petitioner's Amended Petition for Writ of Habeas Corpus under 28 U.S.C. Section 2241 (June 23, 2025 Order [ECF No. 25]).  (*See* Not. Of Appeal 1).[1]

On September 5, 2025, the Eleventh Circuit entered an order granting Appellant's Motion to Dismiss and to Vacate the District Court's Order as Moot.  *See Quintero v. Field Office Director of Miami Ice Field Office et al.*, No. 25-12147, Order Granting Appellant's Motion to Dismiss and to Vacate the District Court's Order as Moot [ECF No. 18-2] (11th Cir. Sept. 5, 2025).  The Eleventh Circuit remanded the matter "to the District Court for dismissal of the habeas petition as moot."  *Id.* 2.

Accordingly, it is

**ORDERED** that Petitioner, Raul Aliaga Quintero's Amended Petition for a Writ of Habeas Corpus **[ECF No. 4]** is **DISMISSED** as moot.

---

[1] The Court uses the pagination generated by the electronic CM/ECF database, which appears in the headers of all court filings.

CASE NO. 25-22428-CIV-ALTONAGA

**DONE AND ORDERED** in Miami, Florida, this 8th day of September, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

2